FRANK E. COOPER, as Trustee in Bankruptcy of JOHN L. MILLER, Appellant, *v.* JOHN L. MILLER et al., Respondents.

Submitted April 3, 1944; decided April 13, 1944.

*Martin A. Schenck, Kenneth W. Greenawalt* and *Josephine C. Nicoll* for motion.

*Frederick Hemley* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the judgment does not finally determine the action within the meaning of the Constitution.